

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Roy Brown, Appellant

No. 06-16-00155-CR      v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 11F0886-102). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley, participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We note that the appellant, Roy Brown, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 20, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk